CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GRANTON NATURAL RESOURCES CO. LTD.,  :

               Plaintiff,    :        08-CV-2940

          v.    :

                                  :        **NOTICE OF**
GENT DEVELOPMENT LTD.,       :        **<u>APPEARANCE</u>**

              Defendants.   :
-----------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       April 14, 2008

                                                  CLARK, ATCHESON & REISERT
                                                  Attorneys for Garnishee
                                                  Societe Generale New York Branch

By:   _____
                                                  Richard J. Reisert (RR-7118)
                                                  7800 River Road
                                                  North Bergen, NJ 07047
                                                  Tel: (201) 537-1200
                                                  Fax: (201) 537-1201
                                                  Email: <u>reisert@navlaw.com</u>